Christian Johnson, Appellee, v. Paul F. P. Mueller, Appellant.

Gen. No. 22,723.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. JOSEPH H. FITCH, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 12, 1917. Rehearing denied March 26, 1917.

### Statement of the Case.

Action by Christian Johnson, plaintiff, against Paul F. P. Mueller, defendant, to recover damages for personal injuries sustained by the plaintiff by the falling upon him of a shore while he was engaged in wedging certain other shores near by. From a judgment for plaintiff for $2,000 on remittitur, defendant appeals.

An earlier opinion on a prior appeal appears in *Johnson v. Mueller,* 192 Ill. App. 422.

LANDON & HOLT, for appellant; ROBERT N. HOLT, of counsel.

ALEXANDER H. HEYMAN, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. MASTER AND SERVANT, § 685*—*when evidence is sufficient to show that accident to servant resulted from failure to furnish safe place to work.* The evidence *held* sufficient to warrant a finding that the accident to the plaintiff resulted from defendant's negligence in failing to furnish plaintiff a safe place in which to work, in an action to recover damages for personal injuries sustained by plaintiff while at work for defendant.

2. MASTER AND SERVANT, § 721*—*when fellow-servant relation is question of fact.* The question as to who was a fellow-servant of the plaintiff *held* under the evidence to be one of fact.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.